B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
### District of Utah

In re    **Lawrence D Christensen**
**Jelaire Christensen**
_____    Case No. _____
Debtor(s)    Chapter    **7** _____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$30,354.00** | **2009 YTD: Husband** |
| **$26,203.00** | **2008: Husband** |
| **$20,425.00** | **2007: Husband** |
| **$14,898.48** | **2009 YTD: Wife** |
| **$72,239.00** | **2008: Wife** |
| **$172,000.00** | **2007: Wife** |

### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                SOURCE

### 3. Payments to creditors

None
■

***Complete a. or b., as appropriate, and c.***

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Mountain America Credit Union** | **$285/month** | **$855.00** | **$1,300.00** |

None
■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Modification; 074402409** | **Child Support** | **Utah County** | **Pending** |

None
☐

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **ORS** | | **Child Support; $231.00/week** |

**5. Repossessions, foreclosures and returns**

None
☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **EMC** | **7/2008** | **Home Valued at $500,000.00**<br>**12438 S 1840 E.**<br>**Draper, UT**<br>**84020** |
| **EMC** | **10/2008** | **Home Valued at $250,000.00**<br>**187 N. Stone Mountain Drive**<br>**St. George, UT**<br>**84770** |

**6. Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

4

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Philip G. Jones<br>853 West Center<br>Orem, UT 84057** | **09/01/2009** | **$1200 in Attorneys Fees from which the following has been or will be paid: $299 filing fee, $87 financial education, $40 asset search, and $65 credit report)** |

**10. Other transfers**

None ■ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None ■ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11. Closed financial accounts**

None ■ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None ■ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

5

**13.  Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14.  Property held for another person**

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |
| **Jaren Dunn (Brother-In-Law)** | **2006 Toyota Camry ($13,000)** | **Home, Jelaire uses and pays for the vehicle.** |

**15.  Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |
| **2910 Rawhide Kingman, AZ** | **Lawrence Christensen** | **Same** |
| **187 N Stone Mountain Drive St. George, UT 84770** | **Same** | **8/2006-7/2008** |
| **12432 S. 1840 E. Draper, UT 84020** | **Same** | **11/2005-11/2006** |
| **3851 E Turnberry Rd Eagle Mountain, UT 84005** | **Same** | **07/2008-03/2009** |
| **7539 Bristlecone Rd Eagle Mountain, UT 84005** | **Same** | **03/2009-Present** |

**16.  Spouses and Former Spouses**

None
☐

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME
**Michelle J. Christensen: AZ**

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **The Lighthouse, LLC** | **20-1391376** | **111 N. 4th St. Kingman, AZ 86401** | **Lighting Fixtures** | **08/04/2004 - 09/01/2007** |

None ■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ■    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

None ■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None ■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

**20. Inventories**

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22 . Former partners, officers, directors and shareholders**

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **September 10, 2009**                  Signature  **/s/ Lawrence D Christensen**
                                                                    **Lawrence D Christensen**
                                                                    Debtor

Date  **September 10, 2009**                  Signature  **/s/ Jelaire Christensen**
                                                                    **Jelaire Christensen**
                                                                    Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
## District of Utah

In re  **Lawrence D Christensen,**
　　　 **Jelaire Christensen**

Case No. _____

　　　　　　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　　　　　　　　　　Debtors

Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 7,265.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 19,107.91 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 38 | | 1,562,154.52 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 6,617.29 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 6,590.00 |
| Total Number of Sheets of ALL Schedules | | 53 | | | |
| Total Assets | | | 7,265.00 | | |
| Total Liabilities | | | | 1,581,262.43 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## District of Utah

In re   **Lawrence D Christensen,**       Case No. _____

     **Jelaire Christensen**

    _____ ,

                           Debtors        Chapter_____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                           Best Case Bankruptcy

B6A (Official Form 6A) (12/07)

.

In re    **Lawrence D Christensen,**                                    Case No. _____
         **Jelaire Christensen,**

_____ ,
                                                 Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  | Sub-Total > | **0.00** | (Total of this page) |
|---|---|---|---|
|  | Total > | **0.00** | |
|  |  | (Report also on Summary of Schedules) | |

__0__    continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **Lawrence D Christensen,**                                          Case No. _____
        **Jelaire Christensen,**
                                                                    ,
                                    Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Washington Mutual** | J | 5.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **Certificate of Deposit  ($120)** | J | 120.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Household Goods: Bed(s) & Beding ($300), Refrigerator ($300), Washer ($50), Dryer ($50), Sewing Machine ($20),** | J | 720.00 |
| | | **Household Goods: Couche(s) ($200), Living Room Chairs ($50), Dressers ($15), Kitchen Appliances ($70), Vacuum Cleaner ($20),** | J | 355.00 |
| | | **Dining table and Chairs ($30)** | J | 30.00 |
| | | **Kitchen Table and Chairs ($50)** | J | 50.00 |
| | | **Food ($200)** | J | 200.00 |
| | | **Cleaning Supplies ($10)** | J | 10.00 |
| | | **Electronics: Television x1 ($200), VCR ($10),** | J | 210.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **Clothing ($1000)** | J | 1,000.00 |
| 7.  Furs and jewelry. | | **Furs ($20)** | J | 20.00 |

Sub-Total >                2,720.00
(Total of this page)

___3___  continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Lawrence D Christensen,**                                    Case No. _____

  **Jelaire Christensen**
_____,
                               Debtors

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **His Wedding Ring ($100)** | **J** | **100.00** |
| | | **Her Wedding Ring ($100)** | **J** | **100.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Sports Equipment: Camping Equipment ($25), Camera & Photographic Equipment ($100), Bike ($10), Garden Tools ($10),** | **J** | **145.00** |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

Sub-Total >        **345.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Lawrence D Christensen,**                                    Case No. _____
**Jelaire Christensen**
                                                                    ,
                                    Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1998 Dodge Ram 1500** | J | 1,500.00 |
| | | **2006 Toyota Camry ($13,000) (Subject to Loan in brother-in-law's name of $13,500 To America First Credit Union)** | J | 0.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Business Equipment & Supplies: Computer/Printer ($1500),** | J | 1,500.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Computer & Hand Tools** | J | 1,200.00 |

Sub-Total >        **4,200.00**
(Total of this page)

Sheet  **2**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Lawrence D Christensen,**                                        Case No. _____
         **Jelaire Christensen,**
                                                                    ,
                                          Debtors
# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **7,265.00** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

.

In re    **Lawrence D Christensen,**                                Case No. _____
         **Jelaire Christensen,**

_____,
                              Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Household Goods and Furnishings** | | | |
| **Household Goods: Bed(s) & Beding ($300), Refrigerator ($300), Washer ($50), Dryer ($50), Sewing Machine ($20),** | **Utah Code Ann. § 78B-5-505(1)(a)(viii)(A)** | **720.00** | **720.00** |
| **Household Goods: Couche(s) ($200), Living Room Chairs ($50), Dressers ($15), Kitchen Appliances ($70), Vacuum Cleaner ($20),** | **Utah Code Ann. § 78B-5-506(1)(a)** | **355.00** | **355.00** |
| **Dining table and Chairs ($30)** | **Utah Code Ann. § 78B-5-506(1)(b)** | **30.00** | **30.00** |
| **Kitchen Table and Chairs ($50)** | **Utah Code Ann. § 78B-5-506(1)(b)** | **50.00** | **50.00** |
| **Food ($200)** | **Utah Code Ann. § 78B-5-505(1)(a)(viii)(C)** | **200.00** | **200.00** |
| **Cleaning Supplies ($10)** | **Utah Code Ann. § 78B-5-505(1)(a)(viii)(A)** | **10.00** | **10.00** |
| **Electronics: Television x1 ($200), VCR ($10),** | **Utah Code Ann. § 78B-5-506(1)(a)** | **210.00** | **210.00** |
| **Wearing Apparel** | | | |
| **Clothing ($1000)** | **Utah Code Ann. § 78B-5-505(1)(a)(viii)(D)** | **1,000.00** | **1,000.00** |
| **Furs and Jewelry** | | | |
| **His Wedding Ring ($100)** | **Utah Code Ann. § 78B-5-506(1)(d)** | **100.00** | **100.00** |
| **Her Wedding Ring ($100)** | **Utah Code Ann. § 78B-5-506(1)(d)** | **100.00** | **100.00** |
| **Machinery, Fixtures, Equipment and Supplies Used in Business** | | | |
| **Computer & Hand Tools** | **Utah Code Ann. § 78B-5-506(2)** | **1,200.00** | **1,200.00** |

|  | Total: | **3,975.00** | **3,975.00** |

__0__  continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re  **Lawrence D Christensen,**  Case No. _____
  **Jelaire Christensen,**

_____,
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| __0__ continuation sheets attached | | | Subtotal (Total of this page) | | | | | |
| | | | Total (Report on Summary of Schedules) | | | | 0.00 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

In re    **Lawrence D Christensen,**                                          Case No. _____
      **Jelaire Christensen**

_____ ,
                                      Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

■ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

 

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                 **2**    continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                  Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **Lawrence D Christensen,**                                        Case No. _____
         **Jelaire Christensen**
                                                              ,
                                    Debtors

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Domestic Support Obligations**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Support Obligation | | | | | |
| **Michelle Christensen** **4077 Foothill Blvd** **Provo, UT 84604** | | J | | | | | | **Unknown** |
| | | | | | | | **Unknown** | **0.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet **1** of **2** continuation sheets attached to                    Subtotal                    **0.00**
Schedule of Creditors Holding Unsecured Priority Claims    (Total of this page)    **0.00**    **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Lawrence D Christensen,**
**Jelaire Christensen,**

Case No. _____

Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **SSN** <br><br> **Internal Revenue Service Attn: Special Procedures. Mail Stop 5021 50 South 200 East Salt Lake City, UT 84111** | | W | 1998 <br><br> **Income Taxes** | | | | 3,344.83 | 0.00 | 3,344.83 |
| Account No. **SSN** <br><br> **Internal Revenue Service Attn: Special Procedures. Mail Stop 5021 50 South 200 East Salt Lake City, UT 84111** | | W | 1999 <br><br> **Income Taxes** | | | | 10,444.08 | 0.00 | 10,444.08 |
| Account No. **SG-AM-1-67** <br><br> **Washington County Assessor 197 E. Tabernacle Saint George, UT 84770** | | J | 07 <br><br> **Property Tax** | | | | 5,319.00 | 0.00 | 5,319.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

| | | |
|---|---|---|
| Sheet **2** of **2** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | 0.00 <br> 19,107.91 | 19,107.91 |
| | Total (Report on Summary of Schedules) | 0.00 <br> 19,107.91 | 19,107.91 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re **Lawrence D Christensen,**
**Jelaire Christensen**                                        Case No. _____

_____
                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1020712699**<br><br>**Afni, Inc.**<br>**Po Box 3517**<br>**Bloomington, IL 61702** | | J | **Opened 3/01/08 Last Active 1/01/07**<br>**CollectionAttorney Dish Network** | | | | 423.00 |
| Account No. **A1020913209dc**<br><br>**AFS, Inc.**<br>**12257 Business Park Dr., #101**<br>**Draper, UT 84020-6541** | | J | **1/2003** | | | | 704.63 |
| Account No.<br><br>**Representing:**<br>**AFS, Inc.** | | | **Kevin Richards Atty.**<br>**PO Box 395**<br>**Draper, UT 84020** | | | | |
| Account No. **136377065975**<br><br>**American Management Sv**<br>**50 E 100 S Ste 100**<br>**Saint George, UT 84770** | | J | **Opened 3/01/09**<br>**CollectionAttorney City Of St. George  Accts** | | | | 885.00 |

| | | | | | | Subtotal<br>(Total of this page) | 2,012.63 |
|---|---|---|---|---|---|---|---|

__37__   continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        S/N:25570-090310   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Lawrence D Christensen,**
**Jelaire Christensen**                                                            Case No. _____

_____,
                                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **409596285** | | | | | 10/2000 Car; Repo | | | | |
| **Americredit** **801 Cherry St.** **#3900** **Fort Worth, TX 76102** | | | J | | | | | | 11,000.00 |
| Account No. **1021-1194** | | | | | 7/2001 Credit Card | | | | |
| **Applied Bank** **P.O. Box 17120** **Wilmington, DE 19886-7120** | | | J | | | | | | 2,743.00 |
| Account No. **1158033819** | | | | | 2005 Business, Foreclosed | | | | |
| **ASC** **P.O. Box 10388** **Des Moines, IA 50306** | | | J | | | | | | 455,200.00 |
| Account No. Representing: ASC | | | | | **Lundberg & Associates** **3269 South Main Street Ste 100** **Salt Lake City, UT 84115-3773** | | | | |
| Account No. Representing: ASC | | | | | **Wells Fargo** **7495 New Horizon** **Frederick, MD 21703** | | | | |

Sheet no. __**1**__ of __**37**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     468,943.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Lawrence D Christensen,**    **Jelaire Christensen**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1061158033820**<br><br>**ASC**<br>**7495 New Horizon Way**<br>**Frederick, MD 21703** | | J | 11/2005<br>Other | | | | 1,022.00 |
| Account No. **PACIFIC B23189880**<br><br>**Asset Acceptance**<br>**Po Box 2036**<br>**Warren, MI 48090** | | H | Opened  3/01/05  Last Active 10/01/03<br>FactoringCompanyAccount Pacific Bell<br>Tel/Dba Sbc Calif | | | | 178.00 |
| Account No. **PACIFIC B23186242**<br><br>**Asset Acceptance**<br>**Po Box 2036**<br>**Warren, MI 48090** | | H | Opened  3/01/05  Last Active  9/01/03<br>FactoringCompanyAccount Pacific Bell<br>Tel/Dba Sbc Calif | | | | 222.00 |
| Account No. **287003925984x11222008**<br><br>**AT&T**<br>**P.O. Box 6463**<br>**Carol Stream, IL 60197** | | J | 1/2005<br>Phones Business; 10037100; formerly Cingular | | | | 148.56 |
| Account No.<br><br>**Representing:**<br>**AT&T** | | | **1st Revenue Assurance**<br>**PO Box 3020**<br>**Albuquerque, NM 87190-3020** | | | | |

Sheet no. __**2**__ of __**37**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,570.56**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Lawrence D Christensen,**                                           Case No. _____
    **Jelaire Christensen**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5204498080018** <br><br> **AVCO** <br> **3300 S. Parker Drive** <br> **Aurora, CO 80014** | | J | **1999** <br> **Credit Card; 5044980800180358** | | | | **6,000.00** |
| Account No. **540933260200** <br><br> **BAC/Fleet** <br> **200 Tournament Drive** <br> **Horsham, PA 99044** | | J | **6/2003** <br> **Credit; 4305500075066954, 540933260200** | | | | **6,917.00** |
| Account No. <br><br> **Representing:** <br> **BAC/Fleet** | | | **Unifund** <br> **11802 Conrey Road** <br> **Cincinnati, OH 45249** | | | | |
| Account No. **4305-5000-7506-6954** <br><br> **BAC/Fleet-Bk Card** <br> **200 Tournament Drive** <br> **Horsham, PA 19044** | | J | **7/2001** <br> **Credit Card; 1018-7506, 4305500075066954** | | | | **15,784.00** |
| Account No. <br><br> **Representing:** <br> **BAC/Fleet-Bk Card** | | | **Bank of America** | | | | |

Sheet no. __**3**___ of __**37**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**28,701.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Lawrence D Christensen,**          Case No. _____
       **Jelaire Christensen**

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **AKCR-17169130396106** <br><br> **Bank of America** <br> **PO Box 45224** <br> **Jacksonville, FL 32232-5224** | | | J | | 10/2003 <br> Credit; 441716913039 | | | | 4,877.00 |
| Account No. <br><br> Representing: <br> **Bank of America** | | | | | **Unifund** <br> **10625 Techwoods Circle** <br> **Cincinnati, OH 45242** | | | | |
| Account No. **14745346** <br><br> **Bank of America** <br> **4060 Ogletown/Stanton Rd.** <br> **Newark, DE 19713** | | | J | | 3/2002 <br> Credit Card; PA112GRTSEN147454346, <br> 1474534607632, 4888603102118650 | | | | 6,342.00 |
| Account No. <br><br> Representing: <br> **Bank of America** | | | | | **Palasades** <br> **210 Sylvan Ave** <br> **Englewood Cliffs, NJ 07632** | | | | |
| Account No. **PALGRSTEN-14754346** <br><br> **Bank of America** <br> **P.O. Box 45224** <br> **Jacksonville, FL 32232** | | | J | | 3/2002 <br> Credit Card | | | | 11,219.00 |

Sheet no. __4__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          22,438.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Lawrence D Christensen,**                                          Case No. _____
         **Jelaire Christensen**
                                                                         ,
_____
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Representing:** <br> **Bank of America** | | | **Palasades Collections** <br> **210 Sylvan Ave** <br> **Englewood Cliffs, NJ 07632** | | | | |
| Account No. **4251, 100214251** <br><br> **Bank of America** <br> **4060 Ogletown Stan** <br> **DES-019-03-07** <br> **Newark, DE 19713** | | J | **8/2001** <br> **Credit Card** | | | | **3,000.00** |
| Account No. **59201000045237** <br><br> **Bank of America** <br> **201 N Tryon St.** <br> **Charlotte, NC** | | J | **2/2001** <br> **Boat; Repo** | | | | **10,891.00** |
| Account No. **4888-6031-0211-8650** <br><br> **Bank of America** <br> **P.O. Box 45224** <br> **Jacksonville, FL 32232** | | J | **5/2005** <br> **Credit Card; 4888603102118650,** <br> **592-01000045237** | | | | **16,008.00** |
| Account No. <br><br> **Representing:** <br> **Bank of America** | | | **Bank of America** <br> **4060 Ogletown Station Rd** <br> **Newark, DE 19713** | | | | |

Sheet no. __5__ of __37__ sheets attached to Schedule of                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)    **29,899.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Lawrence D Christensen,**                                        Case No. _____
       **Jelaire Christensen**

_____,
                                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Representing:**<br>**Bank of America** | | | **First American Investment**<br>**2805 Wehrle #11**<br>**Buffalo, NY 14221** | | | | |
| Account No. **4800-1389-9903-7056**<br><br>**Bank of America**<br>**P.O. Box 17054**<br>**Wilmington, DE 19884** | | J | **2/2001**<br>**Credit Card; 1024-7056** | | | | **3,107.00** |
| Account No.<br><br>**Representing:**<br>**Bank of America** | | | **Portfolio Recovery SVS #1**<br>**120 Corporate Blvd.**<br>**Norfolk, VA 23502** | | | | |
| Account No. **5742725**<br><br>**Bonneville Billing**<br>**1186 E 4600 S Ste 100**<br>**Ogden, UT 84403** | | H | **Opened 12/01/08**<br>**CollectionAttorney Phillip C Hall Dds** | | | | **2,237.00** |
| Account No.<br><br>**Representing:**<br>**Bonneville Billing** | | | **Bonneville Billing**<br>**P.O. Box 150621**<br>**Ogden, UT 84415** | | | | |

Sheet no. **6** of **37** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **5,344.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Lawrence D Christensen,**
        **Jelaire Christensen**                                                    Case No. _____

_____,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Representing: Bonneville Billing** | | | **Phillip C Hall 382 S. Bluff St. Saint George, UT 84770** | | | | |
| Account No. **3635615** **Bonneville Billing 1186 E 4600 S Ste 100 Ogden, UT 84403** | | J | **Opened 2/01/04 Last Active 1/01/03 CollectionAttorney West Jordan Fire; Ambulence** | | | | **611.00** |
| Account No. **Representing: Bonneville Billing** | | | **Bonneville Collection 2627 Washington Blvd. Ogden, UT 84401** | | | | |
| Account No. **Representing: Bonneville Billing** | | | **West Jordan Fire Ambulence 7602 Jordan Landing Blvd West Jordan, UT 84084** | | | | |
| Account No. **060407694CV** **Bryce Allred M.D. 3584 W 9000 S West Jordan, UT 84088** | | J | **1/2004 Medical** | | | | **2,624.78** |

Sheet no. __7__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,235.78**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Lawrence D Christensen,**                           Case No. _____
        **Jelaire Christensen**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Representing: Bryce Allred M.D.** | | | **Edwin Parry 3782 W. 2340 S. Salt Lake City, UT 84120** | | | | |
| Account No. **Representing: Bryce Allred M.D.** | | | **Express Recovery 3782 W. 2340 S. Salt Lake City, UT 84120** | | | | |
| Account No. **Bulwark Exterminating 2707 E. Craig Rd. Las Vegas, NV 89108** | | J | **1/2008** | | | | 28.00 |
| Account No. 178480030598439 **Bureau of Collection 7575 Corporate Way Eden Prairie, MN 55344** | | J | **Attny Medical** | | | | 527.00 |
| Account No. 529115190574 **Capitol 1 11013 W. Broad St. Glen Allen, VA 23060** | | J | **4/2001** | | | | 131.00 |

Sheet no. __8__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **686.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Lawrence D Christensen,**
    **Jelaire Christensen**

Case No. _____

                                                   ,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **529115202560**<br><br>**Capitol 1 Bank**<br>**11013 W. Broad St.**<br>**Glen Allen, VA 23060** | J | | | **8/2001**<br>**Credit Card** | | | | **2,573.00** |
| Account No. **4115-0720-4347-0015**<br><br>**Capitol One**<br>**11013 W. Broad St.**<br>**Glen Allen, VA 23060** | J | | | **9/2001**<br>**Credit Card** | | | | **1,712.00** |
| Account No.<br><br>Representing:<br>**Capitol One** | | | | **Capitol One**<br>**P.O. Box 85520**<br>**Richmond, VA 23285** | | | | |
| Account No.<br><br>Representing:<br>**Capitol One** | | | | **NCO Fin/22**<br>**P.O. Box 41448**<br>**Philadelphia, PA 19104** | | | | |
| Account No. **412174175043**<br><br>**Capitol One Bank**<br>**P.O. Box 85520**<br>**Richmond, VA 23285** | J | | | **7/2000**<br>**Credit Card** | | | | **790.00** |

Sheet no. __9__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5,075.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Lawrence D Christensen,**
    **Jelaire Christensen**
                              Case No. _____

                                  Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **8336686**<br><br>**Cba Collecttion Bureau<br>Po Box 5013<br>Hayward, CA 94540** | | H | **Opened 11/01/03  Last Active 10/01/03<br>CollectionAttorney Sbc - California** | | | | **128.00** |
| Account No.<br><br>Representing:<br>**Cba Collecttion Bureau** | | | **CBA Collection<br>25954 Eden Landing Rd.<br>Hayward, CA 94545** | | | | |
| Account No. **8340510**<br><br>**Cba Collecttion Bureau<br>Po Box 5013<br>Hayward, CA 94540** | | H | **Opened 11/01/03  Last Active  9/01/03<br>CollectionAttorney Sbc - California** | | | | **160.00** |
| Account No.<br><br>Representing:<br>**Cba Collecttion Bureau** | | | **Collection<br>25954 Eden Landing<br>#1st Floor<br>Hayward, CA** | | | | |
| Account No.<br><br>Representing:<br>**Cba Collecttion Bureau** | | | **PacBell / AT&T<br>379 N. Golden State Blvd.<br>Turlock, CA 95380** | | | | |

Sheet no. __**10**__ of __**37**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

              Subtotal
      (Total of this page)     **288.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Lawrence D Christensen,**
   **Jelaire Christensen**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No.<br><br>**Representing:**<br>**Cba Collecttion Bureau** | | | | | **SBC Calif**<br>**P.O. Box 6463**<br>**Carol Stream, IL 60197** | | | | |
| Account No. **6106**<br><br>**Chase**<br>**201 N. Walnut St.**<br>**Wilmington, DE 19801** | | J | | | **4/2001**<br>**Credit Card** | | | | 1,376.00 |
| Account No. **00450606569001**<br><br>**Chase**<br>**P.O. Box 260161**<br>**Baton Rouge, LA 70826** | | J | | | **10/2006**<br>**Business** | | | | 107,800.00 |
| Account No. **179477**<br><br>**Chase**<br>**800 Brooksedge Blvd**<br>**Westerville, OH 43081** | | J | | | **8/2003**<br>**Credit; 549104825156, 5491048251** | | | | 8,583.00 |
| Account No.<br><br>**Representing:**<br>**Chase** | | | | | **Ascension Rec**<br>**28035 N. Ave. St.**<br>**Valencia, CA 91355** | | | | |

Sheet no. __11__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **117,759.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Lawrence D Christensen,**                              Case No. _____
       **Jelaire Christensen**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **216028**<br><br>**Chase<br>800 Brookside Dr.<br>Westerville, OH 43081** | | J | 1/2004<br>Credit Card; 4417169130396106; 1009-3039 | | | | 3,618.00 |
| Account No. **5491-0482-5156-4575**<br><br>**Chase<br>4915 Independence Parkway<br>Tampa, FL 33634** | | J | 8/2001<br>Credit Card | | | | 171.00 |
| Account No. **0045060659001**<br><br>**Chase<br>P.O. Box 260161<br>Baton Rouge, LA 70826-0161** | | J | 10/2006<br>Business | | | | 106,000.00 |
| Account No. **10269676**<br><br>**Citi<br>P.O. Box 6241<br>Sioux Falls, SD** | | J | 1/2000<br>Credit Card | | | | 5,179.00 |
| Account No. **5436523**<br><br>**Citi<br>P.O. Box 6241<br>Sioux Falls, SD** | | J | 9/2001-11/2003<br>Credit | | | | 12,799.00 |

Sheet no. __12__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                          Subtotal
                                    (Total of this page)      **127,767.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Lawrence D Christensen,**
**Jelaire Christensen**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **Representing: Citi** | | | | | NCO/Fin 22 P.O. 41448 Philadelphia, PA 19101 | | | | |
| Account No. **5584221** **Citi Bank P.O. Box 6241 Sioux Falls, SD 57117** | | | J | | 7/2001 Credit | | | | 40,213.00 |
| Account No. **Representing: Citi Bank** | | | | | NCO/Fin 22 P.O. 42448 Philadelphia, PA 19101 | | | | |
| Account No. **5424-1804-5494-7752** **Citi Bank P.O. Box 6241 Sioux Falls, SD 57117** | | | J | | Credit Card | | | | 13,074.23 |
| Account No. **Representing: Citi Bank** | | | | | NCC 120 N. Keyser Ave. Scranton, PA 18504 | | | | |

Sheet no. __13__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **53,287.23**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Lawrence D Christensen,**    Case No. _____
     **Jelaire Christensen**

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **546616019676, 74383** **Citibank Sd, Na Po Box 6241 Sioux Falls, SD 57117** | | J | | Opened  1/01/00 Last Active  7/31/09 **CreditCard** | | | | 814.00 |
| Account No. **46-039234-04** **City of St. George P.O. Box 1750 Saint George, UT 84771** | | J | | 6/2008 Utilities; 65975-136377 | | | | 1,508.08 |
| Account No. **Representing: City of St. George** | | | | American Management SVS P.O. Box 910431 Saint George, UT | | | | |
| Account No. **328740** **Direct Communications Cedar Valley 1680 E. Heritage Dr. Lehi, UT 84043** | | J | | 4/2009 Phone | | | | 182.74 |
| Account No. **8255909453230101** **Dish Network Dept 0063 Palatine, IL 60055** | | J | | 10/30/2007 Machine | | | | 423.15 |

Sheet no. __**14**__ of __**37**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **2,927.97**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Lawrence D Christensen,**                                    Case No. _____
        **Jelaire Christensen**

_____,
                                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **243244** <br><br> **Dixie Regional Medical Center** <br> **1380 E. Medical Center Drive** <br> **Saint George, UT** | | J | **11/23/2007** <br> **Medical** | | | | 498.55 |
| Account No. **126-36521672** <br><br> **Dixie Regional Medical Center** <br> **1380 E. Medical Center Drive** <br> **Saint George, UT** | | J | **9/25/2007** <br> **Medical** | | | | 186.52 |
| Account No. **126-71048441** <br><br> **Dixie Regional Medical Center** <br> **1380 E. Medical Center Drive** <br> **Saint George, UT** | | J | **9/11/2007** <br> **Medical** | | | | 24.77 |
| Account No. **126-36949618** <br><br> **Dixie Regional Medical Center** <br> **1380 E. Medical Center Drive** <br> **Saint George, UT** | | J | **11/10/2007** | | | | 673.08 |
| Account No. **126-36521664** <br><br> **Dixie Regional Medical Center** <br> **1380 E. Medical Center Drive** <br> **Saint George, UT** | | J | **10/10/2007** <br> **Medical** | | | | 654.49 |

Sheet no. __**15**__ of __**37**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                2,037.41

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Lawrence D Christensen,**                                      Case No. _____
         **Jelaire Christensen**

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **126-71039390**<br><br>**Dixie Regional Medical Center**<br>**1380 E. Medical Center Drive**<br>**Saint George, UT** | | | | J | **8/15/2007**<br>**Medical** | | | | 269.92 |
| Account No. **126-34568634**<br><br>**Dixie Regional Medical Center**<br>**1380 E. Medical Center Drive**<br>**Saint George, UT** | | | | J | **2/11/2007**<br>**Medical** | | | | 926.36 |
| Account No. **12635095736**<br><br>**Dixie Regional Medical Center**<br>**1380 E. Medical Center Drive**<br>**Saint George, UT 84790** | | | | J | **4/3/2007**<br>**Medical** | | | | 192.96 |
| Account No. **126-34882696**<br><br>**Dixie Regional Medical Center**<br>**1380 E. Medical Center Drive**<br>**Saint George, UT** | | | | J | **3/8/2007**<br>**Medical** | | | | 98.16 |
| Account No. **31455**<br><br>**Donald & Sheilia Fryar**<br>**2869 Doral Way**<br>**Turlock, CA 95382** | | | | J | **9/2002**<br>**Rent** | | | | 4,119.00 |

Sheet no. __**16**__ of __**37**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    5,606.40

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Lawrence D Christensen,**
     **Jelaire Christensen**
                                            ,
                         Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. <br><br>**Representing:** <br>**Donald & Sheilia Fryar** | | | | | **Lawrence Beaver** <br>**1309 I Street** <br>**Modesto, CA 95353** | | | | |
| Account No. <br><br>**Representing:** <br>**Donald & Sheilia Fryar** | | | | | **Stanislaus County Superior Court** <br>**300 Starr Ave.** <br>**Turlock, CA 95380** | | | | |
| Account No. **4500961822120** <br><br>**DSNB Macys** <br>**9111 Duke Blvd** <br>**Mason, OH** | | J | | | **10/1998** <br>**Credit Card** | | | | 400.00 |
| Account No. **5890017299512** <br><br>**EMC Mortgage** <br>**PO Box 660753** <br>**Dallas, TX 75266-0753** | | J | | | **08/06** <br>**Mortgage Deficiency** | | | | 284,000.00 |
| Account No. <br><br>**Representing:** <br>**EMC Mortgage** | | | | | **Paul Halliday, Jr** <br>**376 E. 400 S. #300** <br>**Salt Lake City, UT 84111** | | | | |

Sheet no. __17__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**284,400.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Lawrence D Christensen,**
       **Jelaire Christensen**

Case No. _____

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **21673968** <br><br> **Express Rcvy** <br> **Po Box 26415** <br> **Salt Lake City, UT 84126** | | J | **Opened 7/01/07 Last Active 3/17/08** <br> **CollectionAttorney Dixie Medical Center** | | | | 69.00 |
| Account No. **21790349** <br><br> **Express Rcvy** <br> **Po Box 26415** <br> **Salt Lake City, UT 84126** | | J | **Opened 8/01/07 Last Active 7/01/07** <br> **CollectionAttorney Dixie Medical Center** | | | | 184.00 |
| Account No. **21706520** <br><br> **Express Rcvy** <br> **Po Box 26415** <br> **Salt Lake City, UT 84126** | | J | **Opened 7/01/07 Last Active 6/01/07** <br> **CollectionAttorney Dixie Medical Center** | | | | 103.00 |
| Account No. <br><br> **Representing:** <br> **Express Rcvy** | | | **ARC** <br> **PO Box 30191** <br> **Salt Lake City, UT 84130** | | | | |
| Account No. <br><br> **Representing:** <br> **Express Rcvy** | | | **IHC** <br> **PO Box 410400** <br> **Salt Lake City, UT 84141-0400** | | | | |

Sheet no. __**18**__ of __**37**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

356.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Lawrence D Christensen,**                                      Case No. _____
         **Jelaire Christensen**
_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | Husband, Wife, Joint, or Community | | | | | |
| Account No. **933936**<br><br>**Express Recovery**<br>**3782 W. 2340 S.**<br>**#13**<br>**Salt Lake City, UT 84120** | | J | 1/2002<br>Medical | | | | 12.00 |
| Account No. **1492278**<br><br>**Express Recovery Svcs**<br>**2790 S Decker Lake Dr**<br>**Salt Lake City, UT 84119** | | J | Opened  9/01/04<br>CollectionAttorney Bryce Dee Allred Md Pc | | | | 1,838.00 |
| Account No.<br><br>**Representing:**<br>**Express Recovery Svcs** | | | Express Recovery<br>3782 W. 2340 S. #13<br>Salt Lake City, UT 84120 | | | | |
| Account No. **2106028**<br><br>**First USA**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850** | | J | 1/2004<br>Credit | | | | 3,618.00 |
| Account No.<br><br>**Representing:**<br>**First USA** | | | VIP Adj BVR<br>12396 World Trade<br>San Diego, CA 92128 | | | | |

Sheet no. __**19**__ of __**37**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 **5,468.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Lawrence D Christensen,**
    **Jelaire Christensen**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 090200435<br><br>**Ford Motor Credit**<br>**c/o Johnson, Riddle & Mark, LLC**<br>**PO Box 7811**<br>**Sandy, UT 84091** | | J | **Business Van** | | | | 11,375.89 |
| Account No.<br><br>Representing:<br>**Ford Motor Credit** | | | **Ford Motor Credit**<br>**One American Road**<br>**Dearborn, MI 48126** | | | | |
| Account No. 00022120330<br><br>**Franklin Capital Corp.**<br>**47 West 200 South #500**<br>**Salt Lake City, UT 84101** | | J | **Business Vehicle** | | | | 14,588.35 |
| Account No. 8255909453230101<br><br>**GC Services**<br>**6330 Gulfton St.**<br>**Houston, TX 77081** | | J | **10/30/2007**<br>**Dish Network** | | | | 423.15 |
| Account No. 101925085<br><br>**Gottshalks**<br>**P.O. Box 28920**<br>**Fresno, CA 93729** | | J | **8/2001**<br>**297604-D101925085** | | | | 313.00 |

Sheet no. __20__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

26,700.39

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037
    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Lawrence D Christensen,**
         **Jelaire Christensen**                                          Case No. _____

_____,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**REPRESENTING:**<br>**Gottshalks** | | | **Joe Mills Credit** | | | | |
| Account No. **21140502**<br><br>**HHB**<br>**P.O. Box 60102**<br>**City Of Industry, CA 91716** | | J | **1/2003**<br>**Credit Card; 0000013221, AFSASSIG-21140502** | | | | **543.00** |
| Account No.<br><br>**REPRESENTING:**<br>**HHB** | | | **Arrowhead Financial SVS**<br>**5996 S. Touhy Ave.**<br>**Niles, IL 60714** | | | | |
| Account No. **247604010925085**<br><br>**HSBC/GOTIS**<br>**P.O. Box 703**<br>**Wood Dale, IL 60191** | | J | **8/2001**<br>**Credit Card; 1013-0192** | | | | **313.00** |
| Account No. **5488-9750-1116-2818**<br><br>**HSBC/NV**<br>**P.O. Box 19360**<br>**Portland, OR 97280** | | J | **9/2002**<br>**Credit Card** | | | | **300.00** |

Sheet no. __**21**__ of __**37**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **1,156.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Lawrence D Christensen,**                                        Case No. _____
        **Jelaire Christensen**
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **040906250dc**<br><br>**IHC**<br>**36 S. State**<br>**Salt Lake City, UT 84111** | | J | **2004**<br>**Medical** | | | | **788.78** |
| Account No.<br><br>Representing:<br>**IHC** | | | **Lawrence Peterson**<br>**2155 S. Dallin St.**<br>**Salt Lake City, UT 84109** | | | | |
| Account No. **040906250dc**<br><br>**IHC Health Services** | | J | **4/2004** | | | | **788.78** |
| Account No.<br><br>Representing:<br>**IHC Health Services** | | | **Lawrence R. Peterson**<br>**2115 S. Dallin Street**<br>**Salt Lake City, UT 84109** | | | | |
| Account No. **21688853**<br><br>**Ihc Health Services In**<br>**3930 W Parkway Blvd**<br>**Salt Lake City, UT 84130** | | J | **Opened 7/01/07 Last Active 6/01/07**<br>**CollectionAttorney Dixie Medical Center** | | | | **201.00** |

| | | |
|---|---|---|
| Sheet no. __22__ of __37__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | **1,778.56** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Lawrence D Christensen,**                                    Case No. _____
         **Jelaire Christensen**

_____,
                              Debtors
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **301700183**<br><br>**Jordan Valley Hospital**<br>**3580 W. 9000 S.**<br>**West Jordan, UT 84088** | | J | | | | | **2,399.09** |
| Account No.<br><br>**Representing:**<br>**Jordan Valley Hospital** | | | **Outsource Recievables Management**<br>**P.O. Box 166**<br>**Ogden, UT 84402** | | | | |
| Account No.<br><br>**Law Office of Julie Woodyatt**<br>**5252 N. Edgewood Dr. #365**<br>**Provo, UT 84604** | | J | **1/2008**<br>**Attorney Fees** | | | | **Unknown** |
| Account No. **D229471N1**<br><br>**Leland Scott & Associa**<br>**Po Box 2205**<br>**Mansfield, TX 76063** | | J | **Opened  5/01/09**<br>**CollectionAttorney Bulwark Exterminating Llc** | | | | **28.00** |
| Account No. **4502241365520**<br><br>**Macys/GEMB**<br>**P.O. Box 8122**<br>**Mason, OH 45045** | | J | **8/2001**<br>**Credit Card; 1004-5520** | | | | **501.00** |

Sheet no. __**23**__ of __**37**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **2,928.09**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Lawrence D Christensen,**
         **Jelaire Christensen**                                     Case No. _____

_____,
                                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Inv#FC1455** <br><br> **Mainstreet Financial Services** <br> **335 W N #E6** <br> **Vernal, UT 84078** | | J | **12/2008** | | | | 202.93 |
| Account No. **MBNA00138999037056** <br><br> **MBNA** <br> **P.O. Box 45224** <br> **Jacksonville, FL 32232** | | J | **12/2001** <br> **Credit Card; 4800138999037056** | | | | 3,107.00 |
| Account No. <br><br> **Representing:** <br> **MBNA** | | | **Portfolio** <br> **120 Corporate Blvd.** <br> **#100** <br> **Norfolk, VA 23502** | | | | |
| Account No. **412061304855** <br><br> **Merrick Bank** <br> **10705 S. Jordan** <br> **South Jordan, UT 84995** | | J | **12/2003** <br> **Credit Card** | | | | 2,903.00 |
| Account No. <br><br> **Michelle Christensen** <br> **4077 Foothill Drive** <br> **Provo, UT 84604** | | J | **6/2006** <br> **Business** | | | | 122,000.00 |

Sheet no. __24__ of __37__ sheets attached to Schedule of                                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                                          (Total of this page)    128,212.93

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Lawrence D Christensen,**
     **Jelaire Christensen**
                                                   ,
                               Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **Representing: Michelle Christensen** | | | | | Michelle Christiansen P.O. Box 970039 Orem, UT 84097-0039 | | | | |
| Account No. **Michelle Christensen 4077 Foothill Blvd Provo, UT 84604** | | J | | | 8/2008 Business Judgment | | | | 18,000.00 |
| Account No. **Michelle Christensen 4077 Foothill Blvd Provo, UT 84604** | | J | | | 7/2008 Business Judgment | | | | 120.00 |
| Account No. 3242218 **Mountain West Anesthesia 1954 East Fort Union Blvd, Suite 102 Salt Lake City, UT 84121** | | J | | | 12/07 Medical Services | | | | 102.00 |
| Account No. 543724A39673 **Mountainland Collectio Po Box 1280 American Fork, UT 84003** | | J | | | Opened 12/01/08  Last Active  9/01/08 CollectionAttorney Questar Gas | | | | 411.00 |

Sheet no. __25__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

18,633.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Lawrence D Christensen,**
     **Jelaire Christensen**

Case No. _____

_____ ,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **543724876581** <br><br> **Mountainland Collectio** <br> **Po Box 1280** <br> **American Fork, UT 84003** | | | J | | **Opened  1/01/08  Last Active  5/01/07** <br> **CollectionAttorney Utah Radiology Billing - S;** <br> **543724, 543724876581** | | | | 193.00 |
| Account No. <br><br> **Representing:** <br> **Mountainland Collectio** | | | | | **Utah Radiology** <br> **930 S. Orem Blvd** <br> **Orem, UT 84058** | | | | |
| Account No. **483163763540** <br><br> **Mountainland Collectio** <br> **Po Box 1280** <br> **American Fork, UT 84003** | | | J | | **Opened  1/01/07  Last Active  6/01/06** <br> **CollectionAttorney Utah Radiology Billing - S** | | | | 132.00 |
| Account No. **5436523** <br><br> **NCO Fin/99** <br> **507 Prudential Road** <br> **Horsham, PA 19044** | | | J | | **1/2004** <br> **Credit Card** | | | | 11,960.00 |
| Account No. **16492982** <br><br> **NCO Financial Systems** <br> **507 Prudential Rd** <br> **Horsham, PA 19044** | | | H | | **Opened  5/01/07  Last Active  10/01/02** <br> **Nco Asgne Of Capital One** | | | | 2,076.00 |

Sheet no. __**26**__ of __**37**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,361.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Lawrence D Christensen,**              Case No. _____
    **Jelaire Christensen**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>Representing:<br>**NCO Financial Systems** | | | | **Capitol One**<br>**11013 W. Broad St.**<br>**Glen Allen, VA 23060** | | | | |
| Account No.<br><br>Representing:<br>**NCO Financial Systems** | | | | **NCO Fin/22**<br>**P.O. Box 41448**<br>**Philadelphia, PA 19104** | | | | |
| Account No. **11905**<br><br>**Orson West**<br>**180 S. 300 W.**<br>**#215**<br>**Salt Lake City, UT 84101** | | J | | **4/2009** | | | | **38.84** |
| Account No. **1190360000796585**<br><br>**Outsource Receivables**<br>**Attn: Bankruptcy Dept**<br>**Po Box 166**<br>**Ogden, UT 84402** | | J | | **Opened 6/01/03 Last Active 1/01/03**<br>**CollectionAttorney Iasis/Jordan Valley Hospital** | | | | **894.00** |
| Account No. **1180360000796584**<br><br>**Outsource Receivables**<br>**Attn: Bankruptcy Dept**<br>**Po Box 166**<br>**Ogden, UT 84402** | | J | | **Opened 6/01/03 Last Active 1/01/03**<br>**CollectionAttorney Iasis/Jordan Valley Hospital** | | | | **1,725.00** |

Sheet no. __**27**__ of __**37**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,657.84

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Lawrence D Christensen,**
       **Jelaire Christensen**
                                                                          Case No. _____

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **1170360000796583** <br><br> **Outsource Receivables** <br> **Attn: Bankruptcy Dept** <br> **Po Box 166** <br> **Ogden, UT 84402** | | J | | **Opened 6/01/03 Last Active 1/01/03** <br> **CollectionAttorney Iasis/Jordan Valley Hospital** | | | | **2,497.00** |
| Account No. <br><br> **Representing:** <br> **Outsource Receivables** | | | | **Outsource Receivable** <br> **3071 Taylor Ave.** <br> **Ogden, UT 84403** | | | | |
| Account No. **1130360000794308** <br><br> **Outsource Receivables** <br> **Attn: Bankruptcy Dept** <br> **Po Box 166** <br> **Ogden, UT 84402** | | J | | **Opened 6/01/03 Last Active 1/01/03** <br> **CollectionAttorney Pediatric Radiology** | | | | **67.00** |
| Account No. **224959465** <br><br> **Pacific Gas & Electric** <br> **P.o. Box 8329** <br> **Stockton, CA 95208** | | J | | **Last Active 7/19/03** <br> **Agriculture** | | | | **141.00** |
| Account No. <br><br> **Representing:** <br> **Pacific Gas & Electric** | | | | **CBA Collection** <br> **25954 Eden Landing Rd.** <br> **Hayward, CA 94545** | | | | |

Sheet no. __**28**__ of __**37**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **2,705.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Lawrence D Christensen,**
**Jelaire Christensen**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2501036** Pinnacle Fin 7825 Washington Av Minneapolis, MN 55439 | | J | T Mobile | | | | 528.00 |
| Account No. **D110006N1** Providian 201 N. Walnut Street Wilmington, DE 19801 | | J | | | | | 14,324.00 |
| Account No. REPRESENTING: Providian | | | ACC 960 N. Main Ave. Scranton, PA 18508 | | | | |
| Account No. **5409-3326-0200-0955** Providian P.O. Box 9007 Pleasanton, CA 94566 | | J | 3/1994 Credit Card | | | | 188.00 |
| Account No. **5409-3326-0200-0955** Providian Financial P.O. Box 9007 Pleasanton, CA 94566 | | J | 12/2001 Credit Card; 1015-0955 | | | | 6,700.00 |

Sheet no. __29__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **21,740.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Lawrence D Christensen,**
    **Jelaire Christensen**
                                      ,
                                  Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1170557813, 1170557003**<br><br>**Questar Gas**<br>**PO Box 45841**<br>**Salt Lake City, UT 84139** | | J | **7/2008**<br>**Services; 0922324665** | | | | **385.86** |
| Account No. **721-0055-0712A**<br><br>**Questar Gas**<br>**P.O. Box 3194**<br>**Salt Lake City, UT 84110** | | J | **2001**<br>**Services** | | | | **447.48** |
| Account No.<br><br>**Representing:**<br>**Questar Gas** | | | **Mountain Fuel Supply**<br>**4190 Harrison Ave.**<br>**P.O. Box 111100**<br>**Cincinnati, OH 45211** | | | | |
| Account No. **43568823659848**<br><br>**Qwest**<br>**P.O. Box 29040**<br>**Phoenix, AZ 85038** | | J | **2008**<br>**Phone** | | | | **138.69** |
| Account No.<br><br>**Randall L. Skeen**<br>**5788 S. 900 E.**<br>**Salt Lake City, UT 84121** | | J | **10/2008** | | | | **1,822.23** |

Sheet no. __**30**__ of __**37**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,794.26**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Lawrence D Christensen,**
   **Jelaire Christensen**                                                     Case No. _____

                                                                                      ,
                                                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **311588**<br><br>**Raul and Roasrio Camposano**<br>**1501 Zena Way**<br>**Ceres, CA 95307** | | J | | 8/2002<br>**Rent** | | | | 3,600.00 |
| Account No.<br><br>Representing:<br>**Raul and Roasrio Camposano** | | | | **Modesto Municipal Court**<br>**800 11th St.**<br>**Modesto, CA 95354** | | | | |
| Account No. **6749942**<br><br>**Rc Willey Home Furnishings**<br>**Attn: Bankruptcy**<br>**Po Box 65320**<br>**Salt Lake City, UT 84165** | | J | | **Opened 10/01/96  Last Active  3/29/02**<br>**ChargeAccount** | | | | 3,098.00 |
| Account No. **20020094439**<br><br>**Rosario Campusano**<br>**433 Sunshine Ct.**<br>**Gustine, CA 95322** | | J | | 7/2002<br>**Rent** | | | | 4,063.00 |
| Account No.<br><br>Representing:<br>**Rosario Campusano** | | | | **Enedina Hernandez**<br>**325 S. Orange St.**<br>**Turlock, CA 95382** | | | | |

Sheet no. __**31**__ of __**37**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                         **10,761.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                         Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Lawrence D Christensen,**
      **Jelaire Christensen**

Case No. _____

_____,
                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.

**Representing:**
**Rosario Campusano** | | | | | **Lawrence C. Beaver**
**1309 I Street**
**Modesto, CA 95353** | | | | |
| Account No.

**Representing:**
**Rosario Campusano** | | | | | **Modesto Municipal Court**
**800 11th St.**
**Modesto, CA 95354** | | | | |
| Account No. 020913209

**SLC 3rd District Court**
**8080 S. Redwood Rd**
**#1700**
**West Jordan, UT 84088** | J | | | | 1/2003 | | | | 705.00 |
| Account No.

**Representing:**
**SLC 3rd District Court** | | | | | **AFS**
**P.O. Box 39**
**Pleasant Lake, MI 49272** | | | | |
| Account No. 3036360

**South Central Communications**
**P.O. 410471**
**Salt Lake City, UT 84141** | J | | | | 7/2008
Phone | | | | 363.91 |

Sheet no. __32__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,068.91

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Lawrence D Christensen,**
        **Jelaire Christensen**

Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1002435849** **Specialized Loan Service** **8742 Lucent Blvd** **Highlands Ranch, CO 80129** | | J | **Opened 8/01/06 Last Active 5/30/08** **ConventionalRealEstateMortgage; Foreclosed** | | | | **75,958.00** |
| Account No. **Representing:** **Specialized Loan Service** | | | **EMC Mortgage Corporation** **P.O. Box 141358** **Irving, TX 75014-1358** | | | | |
| Account No. **Spencer Clements** **9093 N. Silver Lake Dr.** **Cedar Hills, UT** | | J | **7/2008** **Lease** | | | | **9,940.00** |
| Account No. **4719-2251-3131-3741** **SRFINCBNK** | | J | **2/2004** **Credit** | | | | **20,701.00** |
| Account No. **20030078279** **Stantislaus County Munic Court** **800 11th St.** **Modesto, CA 95354** | | J | **5/2003** **Taxes** | | | | **1,314.00** |

Sheet no. __**33**__ of __**37**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**107,913.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Lawrence D Christensen,**          Case No. _____
      **Jelaire Christensen**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **178480030598439** <br><br> **T Mobile** <br> **PO Box 742596** <br> **Cincinnati, OH 45274-2596** | | J | 5/2007 <br> **Phone; 333966160** | | | | 527.88 |
| Account No. **441716913039** <br><br> **Unifund** <br> **10625 Techwoods Circle** <br> **Cincinnati, OH 45242** | | J | 5/2002 <br> **Credit Card; AKCR-17169130396106** | | | | 4,877.00 |
| Account No. **549113033432** <br><br> **UNLV/Citi** <br> **P.O. Box 6241** <br> **Sioux Falls, SD 57117** | | J | 7/2002 <br> **Credit** | | | | 34,158.00 |
| Account No. **471922513131** <br><br> **US BK RMSCC** <br> **205 W 4th St.** <br> **Cincinnati, OH 45202** | | J | 9/2000 <br> **Credit Card** | | | | 8,413.00 |
| Account No. <br><br> Representing: <br> **US BK RMSCC** | | | **Elan Financial** <br> **P.O. Box 6347** <br> **Fargo, ND 58125-6347** | | | | |

Sheet no. __34__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **47,975.88**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Lawrence D Christensen,**            Case No. _____
  **Jelaire Christensen**

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. 370098830018<br><br>Utah Power<br>PO Box 25308<br>Salt Lake City, UT 84125 | | J | | 2006<br>Utilities | | | | 89.51 |
| Account No. 483163, 87651, 543724876581<br><br>Utah Radiology<br>930 S. Orem Blvd<br>Orem, UT 84058 | | J | | 1/2007 | | | | 189.00 |
| Account No.<br><br>Representing:<br>Utah Radiology | | | | Mountainland Collections<br>PO Box 1280<br>American Fork, UT 84003 | | | | |
| Account No. 00195527<br><br>Utah Radiology<br>930 S. Orem Blvd<br>Orem, UT 84058 | | J | | 2001<br>Medical | | | | 21.17 |
| Account No.<br><br>Representing:<br>Utah Radiology | | | | Bonded Adjustment Bureau<br>1321 East 3300 South Suite 6<br>Salt Lake City, UT 84106-3016 | | | | |

Sheet no. __35__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **299.68**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Lawrence D Christensen,**
    **Jelaire Christensen**

Case No. _____

_____ ,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **D73453N1** <br><br>**Vanguard Collections &** <br>**1800 S West Temple** <br>**Salt Lake City, UT 84115** | | J | | | Opened 4/01/04 <br>CollectionAttorney Emergency Physicians Integrate; 7345301 | | | | 366.00 |
| Account No. **BY003532** <br><br>**Verizon** <br>**P.O. Box 96088** <br>**Bellevue, WA 98009** | | J | | | 2005 <br>Phone | | | | 1,329.00 |
| Account No. <br><br>**Representing:** <br>**Verizon** | | | | | Pinnacle Credit SVC <br>7900 Highway 7 #100 <br>St. Louis Park, MN 55426 | | | | |
| Account No. **1620675076100001** <br><br>**Verizon Wireless** <br>**15900 SE Eastgate Way** <br>**Bellevue, WA 98008** | | J | | | 1/2001 <br>Phone | | | | 972.00 |
| Account No. <br><br>**Representing:** <br>**Verizon Wireless** | | | | | National Recovery <br>Folsom, CA 95630 | | | | |

Sheet no. __**36**__ of __**37**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **2,667.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Lawrence D Christensen,**
　　　 **Jelaire Christensen**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Representing:**<br>**Verizon Wireless** | | | | **RPS Worldwide**<br>**4201 Vineland Rd. 110**<br>**Orlando, FL 32811** | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. __37__ of __37__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)　**0.00**

Total (Report on Summary of Schedules)　**1,562,154.52**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037　　　　Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re    **Lawrence D Christensen,**
      **Jelaire Christensen**                            Case No. _____

                                    Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **AT&T / Verizon** | **$69/month, Internet** |
| **Boost** | **2x Cell Phones, $100/month - Assume** |
| **Rent** | **Rent, $1600/month - Assume** |

0
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037               Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re   **Lawrence D Christensen,**                                                    Case No. _____
        **Jelaire Christensen**

_____,
                                    Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re  **Lawrence D Christensen**
       **Jelaire Christensen**                                   Case No. _____
                              Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Separated** | RELATIONSHIP(S):<br>**Son**<br>**Son**<br>**Daughter**<br>**Grandaughter** | AGE(S):<br>**12**<br>**16**<br>**18**<br>**2** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Construction** | **Mortgage** |
| Name of Employer | **Elkhorn Construction** | **Republic Mortage** |
| How long employed | **4 Months** | **6 Months** |
| Address of Employer | **P.O. Box 809**<br>**Evanston, WY 82931** | **11602 S. Redwood Road**<br>**South Jordan, UT 84095** |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | **4,917.92** | $ | **2,425.45** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **0.00** |
| 3. SUBTOTAL | $ | **4,917.92** | $ | **2,425.45** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|   a. Payroll taxes and social security | $ | **1,125.13** | $ | **152.68** |
|   b. Insurance | $ | **0.00** | $ | **0.00** |
|   c. Union dues | $ | **0.00** | $ | **0.00** |
|   d. Other (Specify)  **See Detailed Income Attachment** | $ | **205.83** | $ | **477.44** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **1,330.96** | $ | **630.12** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **3,586.96** | $ | **1,795.33** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **0.00** |
| 8. Income from real property | $ | **0.00** | $ | **0.00** |
| 9. Interest and dividends | $ | **0.00** | $ | **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **0.00** |
| 11. Social security or government assistance<br>(Specify): _____ | $<br>$ | **0.00**<br>**0.00** | $<br>$ | **0.00**<br>**0.00** |
| 12. Pension or retirement income | $ | **0.00** | $ | **0.00** |
| 13. Other monthly income<br>(Specify): **Per Diem** | $<br>$ | **1,235.00**<br>**0.00** | $<br>$ | **0.00**<br>**0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **1,235.00** | $ | **0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **4,821.96** | $ | **1,795.33** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | **6,617.29** | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**Both son's have Tourette Syndrome, the second son has ulcers, youngest son has ADHD +, wife has high collesterol and rhumatoid arthritis; medication should be taken for these things, but there is currently insufficient income to do so. Debtor's daughter and child came to live with debtors six months ago and debtors provide for their support. Debtor's per diem has been reduced and may be discontinued.**

**B6I (Official Form 6I) (12/07)**

In re  **Lawrence D Christensen**
**Jelaire Christensen**                                           Case No. _____
                              Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Detailed Income Attachment

<u>**Other Payroll Deductions:**</u>

| | | | |
|---|---|---|---|
| **Coswh** | $ 205.83 | $ | 0.00 |
| **UHCHI** | $ 0.00 | $ | 277.62 |
| **Dental** | $ 0.00 | $ | 30.60 |
| **Vision** | $ 0.00 | $ | 23.02 |
| **HSAACT** | $ 0.00 | $ | 90.90 |
| **Life** | $ 0.00 | $ | 48.00 |
| **Sp-Life** | $ 0.00 | $ | 6.40 |
| **Ch-Life** | $ 0.00 | $ | 0.90 |
| **Total Other Payroll Deductions** | $ 205.83 | $ | 477.44 |

B6J (Official Form 6J) (12/07)

In re    **Lawrence D Christensen**
**Jelaire Christensen**                Case No. _____

Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,600.00 |
|     a. Are real estate taxes included?      Yes ____      No __X__ | | |
|     b. Is property insurance included?      Yes ____      No __X__ | | |
| 2. Utilities:      a. Electricity and heating fuel | $ | 440.00 |
|                    b. Water and sewer | $ | 0.00 |
|                    c. Telephone | $ | 50.00 |
|                    d. Other   **Internet** | $ | 69.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 100.00 |
| 4. Food | $ | 1,250.00 |
| 5. Clothing | $ | 150.00 |
| 6. Laundry and dry cleaning | $ | 50.00 |
| 7. Medical and dental expenses | $ | 300.00 |
| 8. Transportation (not including car payments) | $ | 650.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 120.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|                    a. Homeowner's or renter's | $ | 60.00 |
|                    b. Life | $ | 0.00 |
|                    c. Health | $ | 0.00 |
|                    d. Auto | $ | 200.00 |
|                    e. Other   **Mail Box** | $ | 15.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|     (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|                    a. Auto | $ | 0.00 |
|                    b. Other   **Toyota Camry** | $ | 285.00 |
|                    c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 1,001.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 150.00 |
| 17. Other   **Cell Phone** | $ | 100.00 |
|     Other | $ | 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 6,590.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a.   Average monthly income from Line 15 of Schedule I | $ | 6,617.29 |
| b.   Average monthly expenses from Line 18 above | $ | 6,590.00 |
| c.   Monthly net income (a. minus b.) | $ | 27.29 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Utah

In re    **Lawrence D Christensen**
**Jelaire Christensen**
_____

Debtor(s)

Case No. _____

Chapter    **7** _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___ **55** ___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **September 10, 2009** _____

Signature    **/s/ Lawrence D Christensen** _____
**Lawrence D Christensen**
Debtor

Date   **September 10, 2009** _____

Signature    **/s/ Jelaire Christensen** _____
**Jelaire Christensen**
Joint Debtor

_Penalty for making a false statement or concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## District of Utah

In re    **Lawrence D Christensen**
      **Jelaire Christensen**      Case No. _____

                             Debtor(s)        Chapter     **7** _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**-NONE-** | **Describe Property Securing Debt:** |

Property will be (check one):
    ☐ Surrendered           ☐ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt          ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES      ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date   **September 10, 2009** _____     Signature    **/s/ Lawrence D Christensen** _____
                                                 **Lawrence D Christensen**
                                                 Debtor

Date   **September 10, 2009** _____     Signature    **/s/ Jelaire Christensen** _____
                                                 **Jelaire Christensen**
                                                 Joint Debtor

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments

over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| | | September 10, 2009 |
|---|---|---|
| **Philip G. Jones 1748** | X **/s/ Philip G. Jones** | |
| Printed Name of Attorney | Signature of Attorney | Date |

Address:
**853 West Center**
**Orem, UT 84057**
**(801) 224-5750**
**PGJones4@Hotmail.com**

### Certificate of Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| | | September 10, 2009 |
|---|---|---|
| **Lawrence D Christensen** **Jelaire Christensen** | X **/s/ Lawrence D Christensen** | |
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |

| | | September 10, 2009 |
|---|---|---|
| Case No. (if known) | X **/s/ Jelaire Christensen** | |
| | Signature of Joint Debtor (if any) | Date |